UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANJIV KAPOOR, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>          Defendant. | Case No. 16-CV-00953-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Jeffrey Curtis
Defendant's Attorney: Danielle Ochs

  An initial case management conference was held on May 25, 2016.  A further case management conference is set for September 7, 2016, at 2:00 p.m. The parties shall file their joint case management statement by August 31, 2016.

  The parties shall contact the Court's mediation program by Friday May 27, 2016. The parties shall file a Joint Mediation Status Report identifying the mediator and date of mediation by June 15, 2016.

  The discovery rules in the Federal Rules of Civil Procedure apply.

  The Court set the following case schedule:

1

Case No. 16-CV-00953-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | September 14, 2016 |
| Opening Expert Reports | December 15, 2016 |
| Rebuttal Expert Reports | January 5, 2017 |
| Close of Expert and Fact Discovery | January 26, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 16, 2017 |
| Hearing on Dispositive Motions | March 30, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 25, 2017, at 1:30 p.m. |
| Jury Trial | June 26, 2017, at 9:00 a.m. |
| Length of Trial | **5 days**[1] |

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
LUCY H. KOH
United States District Judge

---

[1] The Court did not set the length of trial at the May 25, 2016 case management conference.